**FILED**

FEB - 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

PETITION FOR SUIT IN EQUITY
(pursuant to USC 42-1983)

| | |
|---|---|
| JAMES W. GEE, Jr., <br> 1940-42 Montana Avenue, N.E. <br> Washington, DC 20017 <br> 202 526 4410 <br> PETITIONER, Pro Se | COMPLAINT FOR SUIT <br> IN EQUITY- MONETARY <br> DAMAGES SOUGHT $250, <br> 000.00 <br> JURY DEMAND |
| Vs. | Case: 1:08-cv-00195 <br> Assigned To : Urbina, Ricardo M. <br> Assign. Date : 2/4/2008 <br> Description: Civil Rights-Non-Employ. |
| MAURICE MOORE <br> 1221 Owen Place, N.E. <br> Washington, DC 20002 <br> DEFENDANT. | |
| | DEFENDANTS BEING SUED IN <br> INDIVIDUAL ~~& OFFICIAL~~ <br> CAPACITIES. |

JURISDICTIONAL VENUE

First Amendment, United States Constitution, (in pertinent parts) "....The Rights of citizen freely to assemble , and to address the government to seek Redress of grievance....'

28 USCS 1331     FEDERAL QUESTION

The District Courts shall have original jurisdiction of all civil actions arising under the Constitution , laws, or treaties of the United States.

## JURISDICTION

42 USCS 1983  CIVIL ACTION FOR DEPRIVATION OF RIGTHS

" Every person , who under color of any statute , ordinance , regulation , custom, custom , or usage, of any State , or Territory, or the District of Columbia, subjects , or causes to be subjected, any citizen of the United States or other persons within the jurisdiction thereof, to the deprivation of an rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that any action brought against a judicial officer for an at or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory relief was unavailable. For the purpose of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia."

## COMPLAINT

Petitioner, James W. Gee, Jr., is an United States of America citizen , residing As an upstanding tax paying citizen in the State of Maryland , proprietor and Business owner of an aspiring company known as YOUNGINS' AUTO AND TOWNG SERVICES , seeks solace and redress from the above named Individuals in his/her individual and official capacities for liable , slanderous Undertakings, threatening and putting in fear of life, liberty and property, And seeking fraudulent court actions under knowledge that they " well knew , Or should have known.." that this Petitioner was, and continues unto this day To be legally "unemployed" and unable to sustain a formidable living because Of an illegal actions by these Defendants , in that his business, YOUNGINS' AUTO SERVICES AND TOWING COMPANY, was administratively closed

and stripped of any existing District of Columbia Towing and Storage lots and Towing  Services by order of a District of Columbia Court Judge and

further , to humiliate him by seeking and granted a DC Superior Court Courts' Order to render an excessive amount of $5,000.00 after being ordered not to maintain any legal and gainful employment after some twenty odd years of loyal Auto services to the District of Columbia and surrounding areas. Moreover, Petitioner and his entire household was threaten and place in fear of bodily harm to person(s)and or property by these Defendants in concert with one the other. Petitioner respectfully submits the attached supporting documents to unequivocally show that he is indeed entitled to the redress he seeks.

DEFENDANT:

Maurice Moore, is named as the principle Defendant in the instant action at law, suit in equity because he, after knowingly participating in an civil administrative action at law, to remove and revoke his business license to maintain and thus continue his legal and gainful employment through his Auto , Towing and Storage Lot, did successfully return to a DC Superior Court to receive another Courts' Order to pay an excessive amount of $5,000.00 after knowing that this Plaintiff was ordered not to continue to work at his place of business, then conspiring to have materials and correspondence rigged and addressed, to compose of threats of violence to his person and possibly those of his personal family and household, to seek his personal financial holdings, after being present when the order was issued to discontinue his legal and gainful employment. Mr. Moore readily admitted that he did order and conspired with another to compose these alleged threats of violence.

. Moreover, Mr. Maurice Moore, notified, or then threatened to notify, local and international News media , that he was issued an order to receive said $5,000.00 from this Petitioner , after being ordered revocation of his business license , mainly to cause embarrassment and humiliations because it was well known through the News media that this revocation restricted this Plaintive from continuing his legal and gainful business line of his only means of survivals through gainful and meaningful employment as an outstanding citizen , business proprietor, and church attending Christian.

DAMAGES

Whereas, Petitioner demands a trial by jury to determine the material facts and laws surrounding this complaint , and seeks the amount of $250,000.00 from each of the named Defendants in his/her official and Individual capacities, for Compensatory damages, and ,

for Punitive damages, Plaintive seeks the amount of $250,000.00 from each of the named Defendants in his/her official and Individual capacities, and any other sanctions ordered by this court or jury demand, it is so moved!

*James W. Gee*
James W. Gee, Jr.

CERTIFICATE OF SERVICE

I, James W. Gee, the Plaintiff/Petitioner in the above mentioned entitled suit in equity, depose and say, that I am the Petitioner in the instant cause, that I am a citizen of these United States, that I believe I am entitled to the redress I seek, that I have personally over seen the hand delivery of this cause to each of the named Defendants , on this 4th day of February, 2008. by way of Personal Processor Delivery.
James W. Gee , Pro Se

*James W. Gee*

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

## I (a) PLAINTIFFS
James W. Gee, Jr
1940 Montana Ave NE
Washington, DC

**DEFENDANTS**
Maurice Moore
1221 Owen Pl. NE
Washington, DC

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** DC
(EXCEPT IN U.S. PLAINTIFF CASES)

1104

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  DC
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION
TRA...

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
James W. Gee Jr. - Pro Se
1940 Montana Ave, NE
Washington, DC

Case: 1:08-cv-00195
Assigned To : Urbina, Ricardo M.
Assign. Date : 2/4/2008
Description: Civil Rights-Non-Employ.

*JURY ACTION*

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☒ | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

**☐ A. Antitrust**
☐ 410 Antitrust

**☐ B. Personal Injury/Malpractice**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**☐ C. Administrative Agency Review**
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**☐ E. General Civil (Other) OR ☒ F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Immigration**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus- Alien Detainee
☐ 465 Other Immigration Actions

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)

☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.

☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

(1)

| ☐ G. *Habeas Corpus/ 2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br><br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☒ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☒ 440 Other Civil Rights<br>☒ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

Suit in equity - slander, liable, personal injury 42 USCS 1983

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐  DEMAND $ 256,000.00  Check YES only if demanded in complaint  JURY DEMAND: ☒ YES  ☐ NO

**VIII. RELATED CASE(S) IF ANY** NO  (See instruction)  ☐ YES  ☒ NO  If yes, please complete related case form.

DATE 2/4/08  SIGNATURE OF ATTORNEY OF RECORD  James W Gee Jr

## INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

:\forms\js-44.wpd