AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

James W. Gee, Jr.
1940 Montana Ave. N.E.
Washington, D.C. 20017
　　　　Petitioner,
V.

Maurice Moore
1221 Owen Place, N.E.
Washington, D.C. 20002

**SUMMONS IN A CIVIL CASE**

Case: 1:08-cv-00195
Assigned To : Urbina, Ricardo M.
Assign. Date : 2/4/2008
Description: Civil Rights-Non-Employ.

TO: (Name and address of Defendant)

Maurice Moore
1221 Owen Place, N.E.
Washington, D.C. 20002

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S PRO SE (name and address)

James W. Gee, Jr.
1940 Montana Avenue, N.E.
Washington, D.C. 20017

**RECEIVED**
FEB - 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON　　　　　　　FEB - 4 2008
_____　　　_____
CLERK　　　　　　　　　　　　　　　　　　DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE 2/6/08  11:AM - Wed |
|---|---|
| Service of the Summons and complaint was made by me(1) | |
| NAME OF SERVER (PRINT) Brenda Robinson | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 4550 L I Ave
Hyattsi, Md 20787

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Tall 6" Med Brown Black male Bald head (no hair)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/6/08        *Brenda Robinson*
                           Signature of Server

1711 T A. nw. Wash. DC
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.