## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAMES W. GEE, JR., | : | |
| Plaintiff, | : | Civil Action No.:   08cv0195 |
| v. | : | |
| MAURICE MOORE, | : | |
| Defendant. | : | |

## ORDER

On February 4, 2008, the *pro se* plaintiff filed a complaint against the defendant. The record reflects that summons was issued and served by February 7, 2008. In the four and a half months that followed, the record reflects no activity. Like any other plaintiff, a *pro se* plaintiff must comply with the Federal Rules of Civil Procedure. *Moore v. Agency for Int'l Dev.*, 994 F.2d 874, 876 (D.C. Cir. 1993). At the same time, the court should give *pro se* plaintiffs the necessary knowledge to participate effectively in the trial process. *Id.* Thus, on May 27, 2008, the court issued a minute order instructing the plaintiff to Show Cause on or before June 13, 2008 "as to why the court should not dismiss the complaint for failure to prosecute." Min. Order (May 27, 2008). To date, the plaintiff has not responded to this court's Show Cause Order nor has the plaintiff taken any other action in this matter. FED. R. CIV. P. 41(b); LCvR 83.23. For all of these reasons, it is this 23rd day of June, 2008,

**ORDERED** that the plaintiff's action is **DISMISSED** without prejudice.

**SO ORDERED.**

RICARDO M. URBINA
United States District Judge